UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-1590 MWF (DSR)                                          Date: May 15, 2026

Title   ARSHDEEP SINGH v. FERTI SEMAIA, ET AL.

Present: The Honorable:   Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**         (IN CHAMBERS) **ORDER REQUIRING FURTHER BRIEFING**

Before the Court is Petitioner's Verified Petition for Writ of Habeas Corpus. The Court has reviewed the Petition (Doc. No. 1), Respondents' Answer (Doc. No. 8), and Petitioner's Reply (Doc. No. 9). According to the allegations in the Petition, shortly after Petitioner was first contacted by Border Patrol authorities in January 2022, he was charged with removability under 8 U.S.C. § 1182(a)(6)(A)(i). See Pet. at ¶ 27, Ex. "B." The Petition also alleges that Petitioner "has pending criminal charges in San Bernardino County arising from arrests on November 11, 2023 and May 2, 2025." Pet. at ¶ 29. Within Ex. "D" to the Petition, the specific nature of those criminal charges is identified as violation of California Vehicle Code § 10851(a) and California Penal Code § 496(a). See Pet. at Ex. "D" (ECF Doc. No. 1-2) at ECF p. 28.

Neither side has addressed in their brief the applicability of 8 U.S.C. § 1226(c)(1), which provides that the "Attorney General shall take into custody any [noncitizen] who – (E)(i) is inadmissible under paragraph (6)(A) … of section 1182(a) of this title; and (ii) is charged with … acts which constitute the essential elements of any burglary, theft, larceny, [or] shoplifting …."

The parties are therefore ordered to file supplemental briefs within seven days of the date of this Order to address the applicability of 8 U.S.C. § 1226(c)(1) to the facts of this case. The Court will then again take the matter under submission on the basis of the supplemented briefing.

|   | : |
|---|---|
| **Initials of Preparer** | LK |