UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-1590-MWF-DSR Date: October 5, 2026

Title *ARSHDEEP SINGH V. FERETI SEMAIA, ET AL.*

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER REQUESTING JOINT STATUS REPORT ON WHETHER PETITIONER REMAINS IN RESPONDENTS' CUSTODY**

On April 1, 2026, Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his ongoing pre-removal-order detention by U.S. Immigration and Customs Enforcement ("ICE"). See Doc. No. 1. While Petitioner alleges in his Petition that he is "currently detained at the Adelanto ICE Processing Center," Pet. at ¶ 15, and that he was denied release at his Rodriguez bond hearing, id. at ¶ 34, ICE's detainee locator system does not presently return a result for Petitioner. See ICE Detainee Locator, https://locator.ice.gov/odls/#/results (last visited October 5, 2026). This raises a question of whether Petitioner is presently in Respondents' custody, or instead has been released since completion of the supplemental briefing in this case.

The Parties are therefore ordered to file, within seven days of the date of this Order, a joint status report updating the Court on whether Petitioner is still being detained in Respondent's custody, and if not, what if anything remains to be decided on this Petition.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK